# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:18-MJ-00471-DUTY |
| MARIO CAMACHO  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 13</u>, <u>2018</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>John D. Early</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>9-11-18</u>

JOHN D. EARLY
U.S. District Judge/Magistrate Judge